IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: LOGAN MALONE THOM | ) | CASE NO. 19-52968 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | JUDGE ALAN KOSCHIK |
| | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |

Now comes Logan Malone Thom, Debtor in the above-captioned action, by and through the undersigned counsel, and hereby moves this Court for an Order granting an extension of time of fourteen (14) days, or until January 16, 2020, to submit his Summary of Assets and Liabilities and Certain Statistical Information, Schedules A-B through J and Declaration About an Individual Debtor's Schedules, Employee Income Records/Statement Concerning Pay Advices, Legal Description of All Real Property/Land Contracts, Statement of Current Monthly Income, and Means Test Calculation, for the above-captioned case filed on December 18, 2019. In support of this Motion, Debtor's counsel states that he is in the process of preparing the remainder of Debtor's Petition, and requires an extension of time to complete the above-captioned filing(s) due to Debtor's counsel going out of town and the Christmas holiday; that no previous extension of time has been sought in this matter; and that this Motion is not being made for purposes of delay.

Respectfully submitted,

/s/Brian A. Smith
BRIAN A. SMITH          #0083620
Attorney for Debtor
Brian A. Smith Law Firm, LLC

[1]

755 White Pond Drive, Suite 403<br>
Akron, OH 44320<br>
(330) 701-1750; (330) 247-2191 Fax<br>
Email: attybsmith@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion for Extension of Time* was served on the 2nd day of January, 2020 as follows:

## **SERVICE LIST**

### **VIA ECF:**

**Melissa Macejko**
Chapter 7 Trustee
*akrontr@suharlaw.com*

**Office of the United States Trustee**
Northern District of Ohio

### **VIA FIRST-CLASS MAIL:**

**Logan Malone Thom**
22 Killinger Rd.
Clinton, OH 44216
*Debtor*

**455 John F. Seiberling Federal Building**
U.S. Courthouse
2 South Main Street
Akron, OH 44308-1848

**Citizens Bank**
1 Citizens Plaza
Providence, RI 02903-1339

**National Commercial Services**
6644 Valjean Ave.
Suite 100
Van Nuys, CA 91406-5816

**Nationwide Insurance**
Service of Process Team
Three Nationwide Plaza

Mail Code 3-11-310
Columbus, OH 43215-2410

**Westfield Insurance**
1 Park Cir.
Westfield Center, OH 44251-9700

**Melissa M. Macejko**
P.O. Box 266
Cuyahoga Falls, OH 44222-0266
*Chapter 7 Trustee*

**Brian A. Smith**
Brian A. Smith Law Firm, LLC
755 White Pond Drive
Suite 403
Akron, OH 44320-4224
*Attorney for Debtor*

        Respectfully submitted,

        /s/Brian A. Smith
        Brian A. Smith    #0083620
        Attorney for Debtor

[3]

19-52968-amk    Doc 7    FILED 01/02/20    ENTERED 01/02/20 10:00:42    Page 3 of 3